EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U. S. Attorney

OMER G. POIRIER
Assistant U. S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 12 2002

at ___ o'clock and ___ min ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR02-00525 DAE |
| Plaintiff, ) | INDICTMENT |
| vs. ) | (18 U.S.C. § 922(g)) |
| ANTHONY D. RODRIGUES, ) | |
| Defendant. ) | |

INDICTMENT

Count 1

The Grand Jury Charges:

On or about June 16, 2002, in the District of Hawaii, the defendant ANTHONY D. RODRIGUES, then being a person who had been convicted of a misdemeanor crime of domestic violence, did knowingly possess in and affecting commerce a firearm, that is, a Springfield Armory semi-automatic pistol.

All in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(2).

## Count 2

The Grand Jury further charges:

On or about June 16, 2002, in the District of Hawaii, the defendant ANTHONY D. RODRIGUES, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting commerce a firearm, that is, a Springfield Armory semi-automatic pistol.

All in violation of Title 18, United States Code, Sections 922(g)(3).

## Count 3

The Grand Jury further charges:

On or about June 28, 2002, in the District of Hawaii, the defendant ANTHONY D. RODRIGUES, then being a person who had been convicted of a misdemeanor crime of domestic violence, did knowingly possess in and affecting commerce a firearm, that is, a SKS semi-automatic rifle.

All in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(2).

## Count 4

The Grand Jury further charges:

On or about June 28, 2002, in the District of Hawaii, the defendant ANTHONY D. RODRIGUES, then being an unlawful user of

a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting commerce a firearm, that is, a SKS semi-automatic rifle.

All in violation of Title 18, United States Code, Sections 922(g)(3).

DATED: 12/12/02 , at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
OMER G. POIRIER
Assistant U.S. Attorney

*USA v. Rodrigues;*
"Indictment"