CASE NUMBER:        1:02CR00525-001   DAE
DEFENDANT:          ANTHONY D. RODRIGUES

Judgment - Page 2 of 6

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 18 MONTHS .

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 1 4 2007

at 4 o'clock and 55 min P M
SUE BEITIA, CLERK

[✔]    The court makes the following recommendations to the Bureau of Prisons:
       FDC, Honolulu.  Educational and Vocational training.

[✔]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
       [ ] at ___ on ___.
       [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
       [ ] before _ on ___.
       [ ] as notified by the United States Marshal.
       [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  18 APR 2007  to  FEDERAL DETENTION CENTER
P.O. BOX 30547
HONOLULU, HI 96820

at _____ , with a certified copy of this judgment.

John T. Rothman
UNITED STATES MARSHAL
WARDEN

By  J. Lunlu
Deputy U.S. Marshal
Legal Tech